

ORDERED in the Southern District of Florida on November 10, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 14-16875-LMI |
| | : | |
| EDWARD S. WILLIAMS AND | : | |
| CLARE K. WHELAN, | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |
| _____/ | | |

### ORDER SUSTAINING OBJECTION TO CLAIMS

THIS CAUSE having come before the court upon the Trustee's Objection to Claims [D.E. #47] and Certification of No Response, and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Trustee's objection to Claim #1-1, held by Miami Bayside Foundation Inc., is **SUSTAINED** and that Claim is stricken and disallowed, without prejudice to Claimant's rights to pursue its interest in the collateral.

2. The Trustee's objection to Claim #3-1, held by Corrim Door, is **SUSTAINED** and that Claim is stricken and disallowed.

3.     The Trustee's objection to Claim #4-1, held by Ampco Products LLC, is **SUSTAINED** and that Claim is stricken and disallowed.

4.     The Trustee's objection to Claim #5-1, held by Shell Lumber & Hardware Co., is **SUSTAINED** and that Claim is stricken and disallowed.

### ###

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

*(Trustee Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*